■ The People of the State of New York, Respondent, v Stephen D. Cotter, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 13, 2006. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.

■ The People of the State of New York, Respondent, v Johnny L. Seymour, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered July 13, 2004. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.